IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

06 - 80242

MAGISTRATE JUDGE
SNOW

CASE NUMBER:

VITACOST.COM, INC.,

Plaintiff,

v.

NORDIC NATURALS, INC.,

Defendant.

LOWER CASE NUMBER
50-2006-CA001278-XXXX-MB

_____/

**NOTICE OF REMOVAL**

Pursuant to 28 USC 1332, 1441 and 1446, the Defendant, Nordic Naturals, Inc., hereby provides notice that *Vitacost.com v. Nordic Naturals, Inc.,* Case No.: 50 2006 CA 001278 MB, pending in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, has been removed to the United States District Court for the Southern District of Florida, West Palm Beach Division. In support of this removal, the Defendant states as follows:

1. On February 9, 2006, the Plaintiff, Vitacost.com, Inc., filed its complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, naming Nordic Naturals, Inc. as the Defendant. The Complaint is attached hereto as Exhibit "A".

2. On or about February 27, 2006, Mr. Joar Opheim, as registered agent for Defendant Nordic Naturals, Inc. was served with a copy of the Summons and Complaint. A copy of the Summons is attached hereto as Exhibit "B".

3. This action is a civil action over which this Court has original jurisdiction under 28 USC 1332, and is one which may be removed to this Court by the Defendant



CASE NUMBER:

pursuant the provisions of 28 USC 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, without regard to any setoff or counterclaim, and exclusive of interest and costs.

4. The Plaintiff is a foreign corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Florida.

5. The Defendant is a foreign corporation incorporated under the laws of the State of California, having its principal place of business in the State of California.

6. The Circuit Court of the Fifteenth Judicial Circuit, where this action is pending, is within the Southern District of Florida, and in the West Palm Beach Division.

7. The Defendant files this Notice of Removal within thirty days after receipt through service of a copy of the Summons and Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 USC 1446(b) has not expired.

8. The Defendant will this day serve written notice to the Plaintiff of the filing of the Notice of Removal with this Court, as provided by 28 USC 1446(d).

9. The Defendant will this day file a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, as provided by 28 USC 1446(d). A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "C".

10. True and correct copies of all process, pleadings and orders served upon the Defendant in this action as provided by 28 USC 1446(a) have been attached hereto hereto as Exhibits "A" and "B".

2

Concepción & Associates, P.A., Attorneys at Law
355 Alhambra Circle, Suite 1250, Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

CASE NUMBER:

## CERTIFIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 15 day of March, 2006, upon the following:

Mr. Ira Kerker, Esq.
2055 High Ridge Road
Boynton Beach, Florida 33426

By: _____
Carlos F. Concepcion

4

**Concepción & Associates, P.A., Attorneys at Law**
355 Alhambra Circle. Suite 1250, Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

CASE NUMBER:

WHEREFORE, Defendant hereby removes this action to this Court.

Dated: March 15, 2006
       Miami, Florida

                Respectfully submitted,

                **CONCEPCION & ASSOCIATES, P.A.**
                Attorneys for Plaintiffs
                355 Alhambra Circle, Suite 1250
                Coral Gables, Florida 33134
                Tel. 305-444-6669
                Fax 305-444-3665

By: _____
                Carlos F. Concepcion
                Florida Bar No. 386730
                **Elio F. Martinez, Jr.**
                Florida Bar No. 501158

3

**Concepción & Associates, P.A., Attorneys at Law**
355 Alhambra Circle, Suite 1250, Coral Gables, Florida 33134 • Tel. 305.444.6669 • Fax. 305.444.3665
www.cfclaw.com

Exhibit "A"

02/22/2006  22:53    8317244658                    NORDIC NATURALS                        PAGE  04

IRA KERKER (SBN #0991767)
VITACOST.COM, INC.
2055 High Ridge Road
Boynton Beach, FL 33426
Telephone: (561) 752-8888
Facsimile: (561) 752-8900



Attorney's for Plaintiff, Vitacost.com, Inc.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

| | |
|---|---|
| VITACOST.COM, INC., | ) |
|  | ) CIVIL DIVISION CASE NO.: |
| Plaintiff, | ) |
|  | ) |
| Vs. | ) |
|  | ) |
| NORDIC NATURALS, INC. | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

RECEIVED COPY
FEB 09 2006
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT FOR DAMAGES

Plaintiff Vitacost.com, Inc. ("Vitacost") files this Complaint against Defendant Nordic Naturals ("Nordic") for money damages and injunctive relief and in support states:

### INTRODUCTION

1.     Vitacost.com is an internet based discount retailer of dietary supplements to the general public. Nordic Naturals, Inc. is a manufacturer of dietary supplements, specifically fish oils. Vitacost.com has been buying product from Noridic Naturals and reselling to its Customers since 2004. Nordic has always offered Vitacost the same pricing as other similar wholesale purchasers.

Just recently Vitacost was contacted by Nordic and advised that if Vitacost wanted to continue buying from Nordic it could only extend a 10% discount off of the wholesale price to its customers. (this new restriction does not apply to all of Nordic's customers, just some like Vitacost) Vitacost has done everything in its power to comply with Nordic's distribution requirements. However, Vitacost would not agree to fix the resale price of Nordic's products as required under this new policy. As a result Nordic has refused to sell its products to Vitacost.com. This decision is illegal and discriminatory.

## PARTIES

2. Plaintiff, Vitacost is a Delaware corporation but maintains its principal place of business, offices and warehouse facilities at 2055 High Ridge Road, Boynton Beach, Florida 33426. Vitacost is a discount retailer of dietary supplements to the general public.

3. Upon information and belief Defendant, Nordic Naturals, Inc. is California Corporation with its principal place of business at 94 Hanger Way, Watsonville, CA 95076. Nordic markets and sells dietary supplements and other products through various regional distributors in and about Florida and other regions of the country. Nordic routinely conducts business in Palm Beach County, Florida offering its products for sale to Palm Beach County residents. It also maintains an internet website for marketing of its products to consumers in Palm Beach County among other places.

4. The amount in controversy exclusive of interest, costs or attorneys fees exceed the sum of $15,000.

## FACTUAL ALLEGATIONS APPLICABLE TO ALL CLAIMS

5. Nordic Naturals is an integrated marketer, distributor, retailer and manufacturer of branded nutritional supplements and other natural products sold primarily to and through domestic health and natural food stores.

6. Nordic Naturals core business is to sell its branded products to and through health and natural product distributors and retailers.

7. Vitacost is a retailer of nutritional supplements and other natural products.

8. Since early 2004, Vitacost has been buying Nordic products and re-selling them on its web site, through catalogs and in its store front.

9. Within the past 30 days Nordic has advised Vitacost that it could no longer sell Nordic Natural products at a discount greater than 10 %. They called this their new " MAP" Program. When Vitacost refused to comply with the minimum pricing requirement, Nordic refused to continue to sell its products to Vitacost.

10. When Corinna Benoit, National Sales Manager for Nordic advised Wayne Gorsek, CEO of Vitacost that this minimum price requirement was not being enforced against all resellers it became clear that Nordic was discriminating against Vitacost and its customers.

11. The reason why Nordic stopped selling to Vitacost is to keep the price of Nordic products artificially higher to the benefit of their other distribution channels.

12. Price fixing has long been a violation of Florida law and has a well documented adverse affect on free enterprise and the residents of the State of Florida.

## COUNT I – UNLAWFUL COMPETITION

13. Vitacost incorporates by this reference the allegations contained in Paragraphs 1 through 12 above.

14. Nordic's requirement that Vitacost only re-sell its products at a price which is higher than a fixed minimum price (10% below wholesale) is a violation of the Florida Deceptive and Unfair Trade Practices Act. (FDUTPA section 501 et. al.)

15. Every day Nordic is allowed to fix its prices at a certain level, artificially keeping prices higher Nordic Natural's is hurting all consumers in the State of Florida.

16. As a consequence, Vitacost is entitled to a ruling that Nordic Natural's can not set a minimum re-sale price for its products in the State of Florida. Further, that Nordic's price fixing re-sale policy is a violation of Florida State Law.

17. Second, Nordic Naturals blatant discrimination against Vitacost (allowing other resellers to re-sell Nordic's products at a greater than 10% discount) by not treating them as any other retailer is a violation of the Florida Deceptive and Unfair Trade Practices Act. (FDUTPA section 501 et. al.).

WHEREFORE, Plaintiff demands an Order that Nordic Natural's sell its products at the same pricing rate, including quantity discounts like any other retailer and not be allowed to set a minimum resale price..

## COUNT II – DAMAGES FOR FLORIDA ANTITRUST VIOLATIONS

18. Vitacost incorporates by this reference the allegations contained in Paragraphs 1 through 17 above.

19. The Florida Antitrust Act provides for award of money damages against a person or party who unlawfully seeks to restrain fair competition and trade.

20. Nordic Naturals has a substantial market share in the area of fish oil sales in the United States. Their decision to require certain discount retailers (like Vitacost) sign a "MAP" agreement is designed to assert their monopolistic power with intent of regulating and controlling competition and prices in the State of Florida.

21. As a direct and proximate result of Defendant's attempt to restrain trade and prohibit its sale of products to Vitacost, Defendants have caused Plaintiff to suffer substantial business loss or damages including reasonably anticipated loss of sales and profits, loss of customers, loss of good will and other economic loss or damage to be established at trial.

WHEREFORE, Plaintiff demands judgment against Defendants under The Florida Antitrust Act for compensatory damages, treble damages, reasonable attorneys fees and costs as well as all other relief which the Court deems just and proper.

### PRAYER FOR RELIEF

Vitacost requests the entry of a judgment in its favor and against Nordic Naturals as follows:

A. An Order that Nordic Naturals decision to require Vitacost.com to sign a "MAP" agreement and re-sell its products at a fixed minimum price is a violation of the antitrust laws of Florida or any other applicable State statutes or common law relative to business relationships between commercial entities;

B. An order of this Court that Nordic Naturals resume selling to Vitacost all

of their products at the same pricing level as all other competitors;

    C.    A judgment awarding Vitacost monetary damages for its lost sale, profits, customers and good will;

    D.    A judgment awarding Vitacost its reasonable attorney's fees and costs pursuant to applicable law; and

    E.    For such other and further relief as the Court deems appropriate.

## JURY DEMAND

Vitacost demands trial by jury of all claims and issues in this action triable by jury.

## VERIFICATION

These allegations are verified by Wayne Gorsek, Chairman and CEO of Vitacost.com, Inc.

DATED:   February 8, 2006

Vitacost.com

By: _____
    Wayne Gorsek

DATED:   February 8, 2006

Vitacost.com

_____
Ira Kerker, General Counsel
for the Plaintiff

Exhibit "B"

02/22/2006  22:53   8317244658                    NORDIC NATURALS                           PAGE  03

# COPY

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

| | |
|---|---|
| VITACOST.COM, INC., | ) |
| Plaintiff, | ) |
| -vs- | ) CASE NO. 2006CA001278 XXXX MB |
| NORDIC NATURALS, Inc. | ) |
| Defendant. | ) |

### SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on defendant, NORDIC NATURALS, Inc.

**By Serving:** **JOAR OPHEIM**
94 Hanger Way
Watsonville, CA 95076

Each defendant is required to serve written defenses to the complaint on *Ira Kerker, Esquire*, plaintiff's attorney, whose address is 2055 High Ridge Road, Boynton Beach, Florida, 33426, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

FEB 0 9 2006

WITNESS my hand and official seal of said Court this _____ day of _____, 2006

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

As Clerk of the Court
SHARON R. BOCK
Clerk & Comptroller

Deputy Clerk
GINA BRIMMER

Exhibit "C"

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH, COUNTY, FLORIDA

CIVIL DIVISION

CASE NO: 50-2006-CA-001278-XXXX-MB

VITACOST.COM, INC.,

    Plaintiff,

v.

NORDIC NATURALS, INC.,

    Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, NORDIC NATURALS, INC., through its undersigned counsel, hereby files this notice of filing Defendant's Notice of Removal.:

Respectfully submitted,

**CONCEPCION & ASSOCIATES, P.A.**
Attorneys for Plaintiffs
355 Alhambra Circle, Suite 1250
Coral Gables, Florida 33134
Tel. 305-444-6669
Fax 305-444-3665

By: _____
**Carlos F. Concepcion**
Florida Bar No. 386730
**Elio F. Martinez, Jr.**
Florida Bar No. 501158

## CERTIFIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 15 day of March, 2006, upon the following:

Mr. Ira Kerker, Esq.
2055 High Ridge Road
Boynton Beach, Florida 33426

By: _____
Carlos F. Concepcion

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

06-80242

## I. (a) PLAINTIFFS
VISTCOST.COM, INC.,

## DEFENDANTS
NORDIC NATURALS, INC.

(b) County of Residence of First Listed Plaintiff: **Palm Beach County, FL**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Santa Cruz County, CA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Ira Kerker, Esq.         Tel: (561) 752-8888
2055 High Ridge Road
Boynton Beach, FL 33426

WPB 06 CV 80242

Attorneys (If Known)

Carlos F. Concepcion, Esq.    Tel: (305) 444-6669
Concepcion & Associates, P.A.
355 Alhambra Circle, Suite 1250

MAGISTRATE
SNOW

(d) Check County Where Action Arose: ☐ DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 USC 1332 (Florida Antitrust Act)

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 3/15/06

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 93685   AMOUNT $250.00   APPLYING IFP _____

03/16/06