UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80242-CIV-ZLOCH



FILED by _____ D.C.

MAY 0 9 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

VITACOST.COM.INC.,

    Plaintiff,

vs.

NORDIC NATURALS, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court upon the Stipulation For Dismissal With Prejudice, bearing file stamp of the Clerk of Court dated May 9, 2006, filed herein by Plaintiff, Vitacost.Com.Inc., and Defendant, Nordic Naturals, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, Vitacost.Com.Inc., and Defendant, Nordic Naturals, Inc., be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party bearing its own attorney's fees and costs; and



3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of May, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Ira Kerker, Esq.
For Plaintiff

Elio F. Martinez, Jr., Esq.
For Defendant